UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2015 JUN -3 PM 2: 22

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLORA CELIA MORALES-ZAPATA,<br><br>Defendant. | CRIMINAL NO.<br>SA15CR0401 FB<br><br>INDICTMENT<br><br>[Vio: 8 USC § 1326(a)<br>Illegal Re-entry into the<br>United States] |

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1326a]

That on or about April 12, 2015, in the Western District of Texas, Defendant,

FLORA CELIA MORALES-ZAPATA,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about September 15, 2010, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

(

RICHARD L. DURBIN, JR.
ACTING UNITED STATES ATTC

BY: _____
    JUDITH A. PATTON
    Assistant U.S. Attorney